NENAD PEJIC (TO BE ADMITTED *PRO HAC VICE*)
npejic@calfee.com
GEORGIA E. YANCHAR (TO BE ADMITTED *PRO HAC VICE*)
gyanchar@calfee.com
ANDREW W. ALEXANDER (TO BE ADMITTED *PRO HAC VICE)*
aalexander@calfee.com
KYLE T. DEIGHAN (TO BE ADMITTED *PRO HAC VICE)*
kdeighan@calfee.com
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone:(216) 622-8200
Facsimile: (216) 241-0816

HECTOR G. GALLEGOS (SBN 175137)
HGallegos@mofo.com
JONATHAN MCNEAL SMITH (SBN 292285)
JonathanSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant AUTOMATED PACKAGING SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE-FLOW PACKAGING INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATED PACKAGING SYSTEMS, INC.,<br><br>Defendant. | 2:17-cv-6398 MWF (JCx)<br><br>**DEFENDANT AUTOMATED PACKAGING SYSTEMS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS NOTICE OF MOTION AND MOTION TO TRANSFER**<br><br>Judge: Hon. Michael W. Fitzgerald |

1

la-1361797

1    Pursuant to L.R. 79-5, Defendant Automated Packaging Systems, Inc.
2 ("Automated") seeks an Order granting Automated leave to file under seal its
3 Notice of Motion and Motion to Transfer.
4    Under Federal Rule of Civil Procedure 26(c), this Court has discretion to
5 permit sealing of court documents to protect "a trade secret or other confidential
6 research, development, or commercial information." Fed. R. Civ. P. 26(c). Sealing
7 is appropriate where good cause exists, in the case of non-dispositive motions that
8 are tangentially related to the merits of the litigation, and compelling reasons exist,
9 in the case of dispositive motions. *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809
10 F.3d 1092, 1095–1100 (9th Cir. 2016).
11    Under either the "good cause" or "compelling reasons" standard, the Court
12 should permit Automated's Notice of Motion and Motion to Transfer to be filed
13 under seal. These documents contain confidential information that Plaintiff has
14 designated "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order.
15 These documents contain party and third-party confidential information.
16 For example, Automated's Notice of Motion and Motion to Transfer contains
17 statements about Plaintiff's relationship with and identity of its competitors,
18 including licensing information. These statements were made in Plaintiff's
19 memorandum in support of its motion for preliminary injunction and designated as
20 "Confidential- Attorneys' Eyes Only." Plaintiff has represented that this
21 information is highly confidential and must be filed under seal.
22    Further, in the interest of sealing only confidential information, Automated
23 will publicly file a redacted copy of Automated's Notice of Motion and Motion to
24 Transfer. Thus, Automated submits that there are both good cause and compelling
25 reasons to grant this application for leave to file under seal.
26    Pending the Court's consideration of this Application for Leave to File Under
27 Seal, an unredacted version of Automated's Motion to Transfer has been
28 conditionally filed with the Court concurrent with the filing of this Application. A

la-1361797

1  redacted version of Automated's Motion to Transfer has been electronically filed
2  concurrently with the manual filing of this Application. A proposed order granting
3  this application is filed herewith.

Dated: September 26, 2017

HECTOR G. GALLEGOS
JONATHAN MCNEAL SMITH
MORRISON & FOERSTER LLP

By:*/s/ Jonathan M. Smith*
    Jonathan McNeal Smith

Attorneys for Defendant
AUTOMATED PACKAGING
SYSTEMS, INC.

3

la-1361797